TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00128-CR

Chequita Yvette Cornish, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. CR-93-171, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for theft by check. Appellant has filed
a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: March 6, 1997

Do Not Publish